# EXHIBIT B

# ZapFraud Fraud Detection



Proofpoint, December 2 2015



# Traditional filtering treats the symptoms, not the disease.



Treating *spam* symptoms does little good when the disease is *BEC*.

# Fraud Firewall™

Stops fraud at the perimeter

Extensible framework with many proprietary filters

Learns from fraudulent communication

Configured by tunable rules

Customizable to segment needs

Based on analysis of meaning

⚡ZapFraud

# What does ZapFraud do?

1. Identify the *meaning* of things
   a. Do two parties *trust* each other?
      (Having responded does not mean they do!)
   b. Are there *deceptive* headers or content?
      (Meaning and apparent meaning do not align.)
   c. Does the content match a known high-risk *storyline*?

2. *Manage* based on the meaning - that minimizes error rates
   a. Address common masquerade attacks
   b. Address common account-takeover attacks
   c. Address based on known fraudulent storylines

⚡ZapFraud

# ZapFraud addresses low-volume targeted scam.



# What do we address?

| Attack | Traditional methods | ZapFraud | ZapFraud Approach |
|---|---|---|---|
| Business from unknown party | ✗ | ✓ | Storyline? |
| Sender spoofing known party | ✓ | ✓ | Deceptive address? Storyline? Reply-to? Auth issues? Block/alert! |
| Sender mimicking known party | ✗ | ✓ | Trusted sender? Deceptive address? Storyline? Block! |
| Sender corrupting known party | ✗ | ✓ | Deceptive reply-to address? Storyline? Alert! |

⚡ZapFraud

# Examples of what we catch.

Traditional filters do not flag this.

Not a blacklisted sender.



URL is not blacklisted.

Contains no blacklisted content.

# Examples of what we catch.



Display name is deceptive since matches trusted sender, which is not actual sender.

URL is not blacklisted, but does not match domain of brand matching storyline or display name.

Not trusted by recipient, and cousin-name with sender who is trusted.

A "storyline" matching a whitelisted brand - which is not the apparent sender.

# Examples of what we catch.

Traditional filters do not flag this.

Not a blacklisted sender.

From: Roger Harris <Roger-Harris@hotmail.com>
Subject: Lost my SecurID token, need help quickly
Date: July 9, 2015 at 1:16:27 PM GMT+7
To: linda.everts@lawyersrus.com

Linda,

I arrived now, and am getting ready for the meeting, but I have misplaced both my phone and my SecurID token. I need your help, or this will be a fiasco! Please send me all the files you have about the meeting, especially the year-end numbers. I really need those. If you do not have the most recent versions of the docs, the old ones are better than nothing.

Since I cannot log in to my work account without the token, please send it to my personal account. Would you also check if I forgot the token on my desk and let me know? If it is not there, I will call and disable it, just in case I dropped it somewhere.

Please send the stuff right away, I am a bit panicked.
I'll let you know how things go.

Roger

Contains no blacklisted content.

⚡ZapFraud

Combine multiple detectors

# Examples of what we catch.

**From:** Roger Harris <Roger-Harris@hotmail.com>
**Subject:** Lost my SecurID token, need help quickly
**Date:** July 9, 2015 at 1:16:27 PM GMT+7
**To:** linda.everts@lawyersrus.com

Linda,

I arrived now, and am getting ready for the meeting, but I have misplaced both my phone and my SecurID token. I need your help, or this will be a fiasco! Please send me all the files you have about the meeting, especially the year-end numbers. I really need those. If you do not have the most recent versions of the docs, the old ones are better than nothing.

Since I cannot log in to my work account without the token, please send it to my personal account. Would you also check if I forgot the token on my desk and let me know? If it is not there, I will call and disable it, just in case I dropped it somewhere.

Please send the stuff right away, I am a bit panicked.
I'll let you know how things go.

Roger

- Display name is deceptive since matches trusted sender, which is not actual sender.
- Not trusted by recipient, and user name is close match with sender who is trusted.
- Subject contains high-risk word.
- Content portion contains high-risk words.

⚡ZapFraud

# Examples of what we catch.

Traditional filters do not flag this.

Not a blacklisted sender.

**From:** Liz, Gonzales <EGonzalez@media-produtcion.com>
**Subject: October invoice**
**Date:** October 29, 2015 at 9:10:17 AM GMT+8
**To:** Rudy.McCoy@glitz.com

Dear Rudy,

Please find attached our invoice for the month of October. Please note the new banking details – we are staying with US Bank, but the bank updated our account number.

As always, we appreciate your business.

Regards,
Liz



invoice 44281

No malware detected in attachment.

Contains no blacklisted content.

ZapFraud

Combine multiple detectors

# Examples of what we catch.



# Examples of what we catch.



Traditional filters do not flag this.

Not a blacklisted sender.

URL is not blacklisted.

Contains no blacklisted content.

# Examples of what we catch.



# Examples of what we catch.

Traditional filters do not flag this.

A common contact, and not a blacklisted sender.

**important! please read now** Inbox x

**Markus Jakobsson**
to me
5:30 PM (0 minutes ago)

Dear Bill,

I need your help with a thing. Please let me know if you have a few minutes. Get back to me as soon as possible, I am in a bit of a pinch.

Cheers,
Markus

Contains no blacklisted content.

⚡ZapFraud

# Combine multiple detectors

# Examples of what we catch



Reply-to (commonly not displayed) to a deceptive address, looking a lot like trusted party.

Trusted by recipient.

A storyline matching a common threat.

# Fraud Firewall™ - collaboration points

Stops fraud at the perimeter

**Extensible framework** with many proprietary filters

**Learns from fraudulent communication**

**Configured by tunable rules**

**Customizable to segment needs**

Based on analysis of meaning

⚡ZapFraud

# ZapFraud Fraud Detection



Proofpoint, December 2 2015