IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAPFRAUD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1691-MN |
| | ) |
| PROOFPOINT, INC., | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION AND PROPOSED ORDER**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time

for defendant Proofpoint, Inc. to answer or otherwise respond to the Complaint is extended

through and including November 1, 2019.


*/s/ Brian E. Farnan*

Brian E. Farnan (No. 4089)
Michael J, Farnan (No. 5165)
FARNAN LLP
919 N. Market Street, 12th Street
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
*Attorneys for Plaintiff*


*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
dfry@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*


Dated: September 24, 2019


SO ORDERED this _____ day of_____, 2019.


_____
United States District Judge