IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAPFRAUD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1691-MN |
| | ) |
| PROOFPOINT, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for defendant Proofpoint, Inc. to answer or otherwise response to the Complaint is extended through and including December 3, 2019.

*/s/ Brian E. Farnan*  
Brian E. Farnan (No. 4089)  
Michael J. Farnan (No. 5165)  
FARNAN LLP  
919 North Market Street  
12th Floor  
Wilmington, DE 19801  
(302) 777-0300  
bfarnan@farnanlaw.com  
mfarnan@farnanlaw.com  

*/s/ Karen E. Keller*  
Karen E. Keller (No. 4489)  
David M. Fry (No. 5486)  
Nathan R. Hoeschen (No. 6232)  
SHAW KELLER LLP  
I.M. Pei Building  
1105 North Market Street, 12th Floor  
Wilmington, DE 19801  
(302) 298-0700  
kkeller@shawkeller.com  
dfry@shawkeller.com  
nhoeschen@shawkeller.com  
*Attorneys for Defendant*

Dated: November 1, 2019

SO ORDERED this _____ day of_____, 2019.

_____  
United States District Judge