UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAPFRAUD, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-1691-CFC ) |
| PROOFPOINT, INC. | ) ) |
| Defendant. | ) ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Proofpoint, Inc. makes the following disclosures:

Proofpoint, Inc. is a public corporation and T. Rowe Price Group, Inc. owns 10% or more of its stock.

OF COUNSEL:
Katherine Vidal
Michael Rueckheim
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
Telephone: (650) 858-6500

William M. Logan
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
Telephone: (713) 651-2700

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
dfry@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

December 3, 2019