# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZapFraud, Inc., | |
| Plaintiff, | Civil Action No. 19-cv-1691-CFC |
| v. | **JURY TRIAL DEMANDED** |
| Proofpoint, Inc., | |
| Defendant. | |

## STIPULATION EXTENDING BRIEFING DEADLINES

The Parties, subject to the Court's approval, hereby agree that the deadline for Plaintiff to respond to Defendant's Motion to Dismiss for Failure to State a Claim (D.I. 12) is extended to December 20, 2019, and the deadline for Defendant's reply brief is extended to January 10, 2020.

Dated: December 6, 2019                                   Respectfully submitted,

FARNAN LLP                                                SHAW KELLER LLP

*/s/ Brian E. Farnan*                                     */s/ Karen E. Keller*
Brian E. Farnan (Bar No. 4089)                            Karen E. Keller (No. 4489)
Michael J. Farnan (Bar No. 5165)                          David M. Fry (No. 5486)
919 North Market St., 12th Floor                          Nathan R. Hoeschen (No. 6232)
Wilmington, DE 19801                                      I.M. Pei Building
Telephone: 302-777-0300                                   1105 North Market Street, 12th Floor
Facsimile: 302-777-0301                                   Wilmington, DE 19801
bfarnan@farnanlaw.com                                     (302) 298-0700
mfarnan@farnanlaw.com                                     kkeller@shawkeller.com
*Attorneys for Plaintiff ZapFraud, Inc.*                  dfry@shawkeller.com
                                                          nhoeschen@shawkeller.com
                                                          *Attorneys for Defendant*

IT IS SO ORDERED this ___ day of _____, 2019.

_____
The Honorable Colm F. Connolly