

David M. Fry
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0705
dfry@shawkeller.com

January 17, 2020

**VIA CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *ZapFraud, Inc. v. Proofpoint, Inc.,* C.A. No. 19-1691-CFC

Dear Judge Burke:

    Pursuant to Local Rule 7.1.4, Proofpoint, Inc. respectfully requests oral argument on its Motion to Dismiss Under Rule 12(b)(6) (D.I. 12).

                                                        Respectfully submitted,

                                                        */s/ David M. Fry*

                                                        David M. Fry (No. 5486)

cc:    Clerk of the Court (via CM/ECF)
        All Counsel of Record (via email)