IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAPFRAUD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1691-CFC |
| | ) |
| PROOFPOINT, INC., | ) |
| | ) |
| Defendant. | ) |

**PROOFPOINT, INC.'S MOTION TO TRANSFER VENUE**

Defendant Proofpoint, Inc. ("Proofpoint") hereby moves to transfer this litigation to the Northern District of California pursuant to 28 U.S.C. § 1404(a). In support of this motion, Proofpoint submits its opening brief and the declarations of John Dials and Michael R. Rueckheim.

Pursuant to Local Rule 7.1.1, Proofpoint certifies that the parties made reasonable efforts to reach agreement on the matters set forth in this motion, and Plaintiff ZapFraud, Inc. has stated it will oppose the motion.

<table>
<tr><td>

OF COUNSEL:
Katherine Vidal
Michael R. Rueckheim
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
(650) 858-6500

William M. Logan
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002-5242
(713) 651-2766

</td><td>

*/s/ David M. Fry*
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
dfry@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

</td></tr>
</table>

Dated: February 5, 2020