IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAPFRAUD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1691-CFC |
| | ) |
| PROOFPOINT, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING PROOFPOINT, INC.'S MOTION TO TRANSFER VENUE**

Whereas, Defendant Proofpoint, Inc. has moved to transfer venue to the United States District Court for the Northern District of California, and good cause having been shown,

IT IS HEREBY ORDERED this ____ day of _____, 2020, that Proofpoint Inc.'s Motion to Transfer Venue is GRANTED.  This action is transferred to the United States District Court for the Northern District of California, and the Clerk of this Court shall close this case and transfer and transmit the files of this matter to the United States District Court for the Northern District of California.

_____
United States District Judge