# Exhibit 2

 Join now | Sign in

Markus Jakobsson



# Markus Jakobsson

Chief of Security and Data Analytics at Amber Solutions Inc.

San Francisco Bay Area · 500+ connections

Join to Connect

 Amber Solutions Inc.

 University of California San Diego

Websites

## About

Chief scientist at Agari with 20 years of experience as a security researcher and scientist studying phishing, crimeware and mobile security at organizations including PayPal, Palo Alto Research Center (PARC) and RSA Security. Co-founder of three digital security startups spanning email fraud prevention, user authentication, mobile malware detection and secure user messaging.

100+ publications: http://www.markus-jakobsson.com/publications
50+ issued patents: https://www.google.com/?tbm=pts#q=bjorn+markus+jakobsson&tbm=pts

Specialties: phishing and countermeasures, mobile malware, fraud, user authentication, device id, combined social and technical threats, protocol design, privacy, click-fraud, user interfaces, deceit, mobile security, voting.

My Erdös number is 3.



Join now | Sign in

Markus Jakobsson



By **Markus Jakobsson**
November 1, 2019

### Email Related Crime is Exploding

By **Markus Jakobsson**
August 12, 2016



### Business Email Compromise Losses Rapidly Escalate - What Must be Done Now

By **Markus Jakobsson**
May 26, 2016

## Activity



We were one of the first to report an analysis of the Dustman malware. Here is the first ever deep learning AI based analysis of the Dustman malware....

Liked by **Markus Jakobsson**



Amber celebrates another very significant milestone. I am so proud of this success and so many other achievements this year. Job well done, TEAM...

Liked by **Markus Jakobsson**



The launchpad attack is a rising new threat, faced by organizations and individuals alike. This is an attack suffered not by those suffering poor...

Shared by **Markus Jakobsson**



Join now   Sign in

Markus Jakobsson

# Experience



### Chief of Security and Data Analytics
Amber Solutions Inc.

Jul 2018 – Present · 1 year 7 months

Dublin, CA

### Testifying Expert Witness
Variety of Law Firms

Jan 2005 – Present · 15 years 1 month

I have worked as testifying expert witness in computer and network security for a collection of patent litigation trials, criminal cases, and class action suits - both in the US and in Canada. Believe me or not: I love depositions!

I have worked for McDermott, Will & Emery; Bereskin & Parr; WilmerHale; Hunton & Williams; Quinn Emanuel Urquhart & Sullivan; Freed & Weiss; Berry & Domer; Fish & Richardson; DLA Piper; Cipher Law Group; Keker & Van Nest.

Please contact me for more…

Show more



### Founder and CTO
ZapFraud

Jan 2012 – Present · 8 years 1 month

Portola Valley, CA

ZapFraud addresses the rising scam problem using disruptive technology.



### Technical Advisory Board member
Cequence Security

Jul 2013 – Present · 6 years 7 months

### Founder

 Join now Sign in

Markus Jakobsson



### Chief Scientist
Agari

Jul 2016 – Jul 2018 · 2 years 1 month

San Francisco Bay Area

Agari, a leading cybersecurity company, is trusted by leading Fortune 1000 companies to protect their enterprise, partners and customers from advanced email phishing attacks. The Agari Email Trust Platform™ is the industry's only solution that 'understands' the true sender of emails, leveraging the company's proprietary, global email telemetry network and patent-pending, predictive Agari Trust Analytics to identify and stop phishing attacks.



### Senior Director
Qualcomm

Dec 2013 – Nov 2015 · 2 years

Santa Clara

Develop malware detection solutions (via acquisition of FatSkunk)



### Co-founder, CTO
FatSkunk (acquired by Qualcomm)

Aug 2009 – Dec 2013 · 4 years 5 months

Silicon Valley

Develop malware detection solutions.



### Principal Scientist, Consumer Security
PayPal

May 2011 – Sep 2013 · 2 years 5 months

San Jose



### Member of Fraud Advisory Board
LifeLock

Mar 2009 – Aug 2013 · 4 years 6 months

### Principal Scientist

 Join now | Sign in

Markus Jakobsson

IUB

Aug 2004 – Jan 2008 · 3 years 6 months

I was associate professor of Informatics; of Computer Science; and Cognitive Science, and was an associate director of the Center for Applied Cybersecurity Research. After I left, I retained an adjunct position, and continued to advise students.

### Principal Research Scientist

RSA Labs

May 2000 – Aug 2004 · 4 years 4 months

## Education

### University of California San Diego

PhD · computer science

1993 – 1997

### The Faculty of Engineering at Lund University

MSc (civilingenjor) · computer engineering (datateknik)

1987 – 1992

## Publications

### Fighting Today's Targeted Email Scams

IEEE Spectrum · April 21, 2016

Email phishing is far more sophisticated than it used to be—and even you could fall for it.

Other authors



Join now Sign in

Markus Jakobsson

Is the Internet at risk? Can fraud and abuse make it so undesirable that people will turn elsewhere? What could push us over the tipping point -- and how can we avoid it?

See publication

### Mobile Authentication: Problems and Solutions

Springer · Jul 2012

Mobile authentication is not simply authentication on a mobile device. Differences in user interfaces, user attitudes and more create different dynamics. This book describes the differences and how to address these -- not always by tweaking old solutions, but by redesign, where needed.

See publication

### The Case for Replacing Passwords with Biometrics

IEEE Symposium on Security and Privacy · May 1, 2012

This paper argues that biometric methods, such as finger- printing methods, could address a large part of this towering threat - but only if properly architected. We describe an architecture that is practically attainable and which would address the problem in a meaningful way, and argue that this is a promising direction – both in terms of security and usability. Keywords-authentication; biometrics; fraud; malware.

Other authors

See publication

### McAfee Security Journal

October 14, 2008

The McAfee Security Journal was created as a venue to inform security executives and IT personnel on cutting-edge topics, and to examine the future of information security.



Join now | Sign in

Markus Jakobsson

See publication

### Phishing IQ Tests Measure Fear, Not Ability

FC'07/USEC'07 Proceedings of the 11th International Conference on Financial cryptography and 1st International conference on Usable Security · February 12, 2007

Other authors

See publication

### Phishing and Countermeasures: Understanding the Increasing Problem of Electronic Identity Theft

Wiley · Dec 2006

The first textbook describing the problem of phishing -- and some of the possible countermeasures.

Other authors

See publication

### Crimeware: Understanding New Attacks and Defenses

Addison-Wesley / Pearson



Join now    Sign in

Markus Jakobsson

Crimeware: Understanding New Attacks and Defenses will help security professionals, technical managers,...

Show more

Other authors

See publication

### Liar Buyer Fraud, and How to Curb It

USEC'15

Other authors

See publication

### Understanding Social Engineering Based Scams

Springer

This book describes trends in email scams and offers tools and techniques to identify such trends. It also describes automated countermeasures based on an understanding of the type of persuasive methods used by scammers. It reviews both consumer-facing scams and enterprise scams, describing in-depth case studies relating to Craigslist scams and Business

LinkedIn

Join now | Sign in

Markus Jakobsson

Other authors

See publication

## Patents

http://patents.justia.com/inventor/bjorn-markus-jakobsson

United States · 100+ patents

## Groups

Security Intelligence Network

Malware Analysis

ICTTF - International Cyber Threat Task Force

Network Security, Management and Monitoring

Information Security Community

  Join now | Sign in

Markus Jakobsson

## Recommendations

A preview of what LinkedIn members have to say about Markus:

" Markus worked for our law firm as a testifying expert witness on three IPRs for several patents relating to Internet security. We just received the Final Written Decisions from the PTAB, which were complete victories for our client, with the board repeatedly and heavily relying on Markus' excellent testimony. Markus exhibits a rare combination of technical expertise in his domain, ability to think quickly under pressure, understanding of patent law, strong communication skills, and ethical behavior. In deposition, he shines, understanding both the underlying matter and the strategy of opposing counsel.

" Working with Markus has been a highlight of my career. You can tell that he is a professor and a scientist because he is both a thoughtful expert and a prolific creator. Markus is able to translate complex concepts into digestible phrases, such as "a cyber wolf in sheepskin." I also found him to exhibit a lot of foresight into emerging market trends, without falling into the typical marketing hype. I appreciate how frequently and easily he made himself available for collaboration, as well as how freely he shared his feedback with me. I have learned and grown as a security and marketing professional having worked with Markus.

25 people have recommended Markus

Join now to view

### View Markus Jakobsson's full profile to

See who you know in common

Get introduced

Case 1:19-cv-01691-CFC Document 22-2 Filed 02/05/20 Page 12 of 15 PageID #: 357

 Join now | Sign in

Markus Jakobsson

## People also viewed


**Fatih Yenen**
Web Developer at California State University, Fresno


**Koray Karabina**
Associate Professor at Florida Atlantic University


**Vivek Anandpara**
Senior Manager, Software Development at Amazon - I am Hiring!


**Sal Francomacaro**
Info Security and Identity Mngt specialits at NIST


**Ozlem Calik**
Ankara University Lecturer Dr.


**Pushkar Ratnalikar**
Compiler Engineer at Intel Corporation


**Matt Guza**
Sr. Cybersecurity Engineer at U.S. Office of Personnel Management (OPM)


**Morteza Okhovvat**
Research Assistance at IUST


**Dave Tarpley**
Vice President, International and Partnerships Sales at Metrics Technologies, Inc.

**Anil Chougule**
Ph.D. Scientific Researcher at Institute of Biology Valrose (iBV), University of Côte d'Azur, Nice France

## Others named **Markus Jakobsson**



 Join now | Sign in

Markus Jakobsson

Zürich Area, Switzerland

 **Markus Jakobsson**
Team Manager på Vattenfall Customer Service AB
Umea, Sweden

 **Markus Jakobsson**
Purchaser Parts på UniCarriers
Gothenburg, Sweden

11 others named Markus Jakobsson are on LinkedIn

See others named **Markus Jakobsson**

## Learn the skills Markus has

 CISSP Cert Prep: 6 Security Assessment and Testing

 Cybersecurity Awareness: Phishing and Whaling

 Web Security: User Authentication and Access Control

See all courses

## Markus' public profile badge

Include this LinkedIn profile on other websites

 **Markus Jakobsson**
Chief of Security and Data Analytics at Amber Solutions Inc.

Chief of Security and Data Analytics at Amber Solutions Inc.



Join now | Sign in

**Markus Jakobsson**

**View profile badges**

# View similar profiles


**Lance James**
CEO at Unit 221B, Coach & Mentor, Board & Security Industry Advisor, CEO/CTO/CISO, Legal Expert Witness, Tedx Speaker


**Michael Coates**
Co-founder & CEO at Altitude Networks | Former CISO @Twitter


**Dr. Ulrich Lang, CEO**
stop talking start protecting ;) (6300+ LinkedIn Connections - thank you)


**Archie Agarwal**
Founder & CEO, ThreatModeler Software, the Industry's #1 Automated Threat Modeling Platform | Forbes Technology Council


**Andre Mcgregor**
Chief Security Officer | Veteran FBI Cyber Agent | Board Member | Tech Enthusiast


**Daniel Cid**
VP, Engineering at GoDaddy - Founder/CTO at Sucuri - Founder at OSSEC


**Zuk Avraham**
Founder, CEO at ZecOps | Founder, Chairman @ZIMPERIUM


**Taher Elgamal**
CTO, Security at Salesforce


**Adam Ely**
VP & Deputy Chief Information Security Officer (CISO) at Walmart


**Macy Dennis**
Chief Security Officer (CSO) at EVOTEK

Join now  Sign in

Markus Jakobsson

User Agreement
Cookie Policy
Brand Policy
Community Guidelines

Privacy Policy
Copyright Policy
Guest Controls
Language