# Exhibit 3



# The State Bar of California

Log in | News | Forms | Contact

**PUBLIC:** Free Legal Information | Complaints & Claims | Need Legal Help | More Languages

- Legal Specialist Search
- Finding the Right Lawyer
- Attorney Search
  - Find Legal Help
- Legal Guides
- Lawyer Referral Service
- Problem with a Lawyer

 Select Language ▼

## Attorney Licensee Profile

### Robyn Erinn Wagner #223140

License Status: Active

Address: Van Pelt, Yi & James LLP, 10050 N Foothill Blvd Ste 200, Cupertino, CA 95014-5661

County: Santa Clara County

Phone Number: (408) 973-2596

Fax Number: Not Available

Email: Not Available

Law School: Univ of New Mexico SOL; Albuquerque NM

## License Status, Disciplinary and Administrative History

Below you will find all changes of license status due to both non-disciplinary administrative matters and disciplinary actions.

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 12/12/2002 | Admitted to The State Bar of California | | |

**Additional Information:**

- Explanation of licensee status
- Explanation of disciplinary system
- Explanation of disciplinary actions
- Copies of official licensee discipline records are available upon request

**CLA Sections:**    None

California Lawyers Association (CLA) is an independent organization and is not part of The State Bar of California.