# Exhibit 4

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| Application No.: | 14/487,989 | Examiner: | Trang T Doan |
|---|---|---|---|
| Filed: | Sep 16 2014 | Art Unit: | 2431 |
| Confirmation No.: | 5777 | Docket No.: | ZAPFP004 |
| First Inventor: | Bjorn Markus Jakobsson | | |
| Title: | DETECTING PHISHING ATTEMPTS | | |

## INFORMATION DISCLOSURE STATEMENT BEFORE MAILING DATE OF EITHER A FINAL OFFICE ACTION OR NOTICE OF ALLOWANCE (37 CFR 1.97(d))

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

The references listed in the attached PTO SB/08, may be material to examination of the above-identified patent application. Applicants disclose these references in compliance with their duty of disclosure pursuant to 37 CFR §§1.56 and 1.97. The Examiner is requested to make these references of official record in this application. Copies of the cited references are provided to the extent required by 37 CFR §1.98 and any applicable waivers.

This Information Disclosure Statement is not to be construed as a representation that a search has been made, that additional information material to the examination of this application does not exist, or that these references indeed constitute prior art.

This Information Disclosure Statement is being filed after the mailing date of the first Office Action on the merits, or after three months of the filing date of this national application or the date of entry of the national stage as set forth in §1.491 in an international application, whichever event occurred last, but it is believed, before the mailing date of either (1) a final action under §1.113 or (2) a notice of allowance under §1.311, whichever occurs first.

Application Serial No.  14/487,989
Attorney Docket No.  ZAPFP004                                    1

Accompanying this Information Disclosure Statement is the fee set forth in 37 CFR 1.17(p) for submission of an information disclosure statement under §1.97(c). ($180.00). If it is determined that any additional fees are due, the Commissioner is hereby authorized to charge such fees to Deposit Account 50-0685 (Order No. ZAPFP004).

Respectfully submitted,

Dated: September 22, 2017   /Yeu-Ting George Cheng/
Yeu-Ting George Cheng
Registration No. 69408
408-207-4765

VAN PELT, YI & JAMES LLP
10050 N. Foothill Blvd., Suite 200
Cupertino, CA 95014
Fax 408-973-2595

Application Serial No. 14/487,989
Attorney Docket No. ZAPFP004                 2