IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAPFRAUD, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 19-1691-CFC ) |
| PROOFPOINT, INC., | ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 6th day of February, 2020,

IT IS ORDERED that the pending motion to transfer (D.I. 19) is referred to Magistrate Judge Christopher J. Burke for resolution pursuant to 28 U.S.C. § 636(b).

_____
United States District Judge