## **CERTIFICATION OF COMPLIANCE**

The foregoing document complies with the type-volume limitation of this Court's November 6, 2019 form Scheduling Order For All Cases is Alleged. The text of this brief, including footnotes, was prepared in Times New Roman, 14 point. According to the word processing system used to prepare it, the brief contains 4,832 words, excluding the case caption, signature block, table of contents and table of authorities.

        /s/ Brian E. Farnan  
Brian E. Farnan (Bar No. 4089)

Dated: February 20, 2020