# EXHIBIT 1



**PROOFPOINT OFFICE LOCATIONS**

| NORTH AMERICA | EUROPE MIDDLE EAST AFRICA | ASIA/PACIFIC |

## NORTH AMERICA

UNITED STATES

CANADA

### US HEADQUARTERS

Proofpoint, Inc.
892 Ross Drive
Sunnyvale, CA 94089
Tel +1 408 517 4710
Fax +1 408 517 4711

### PITTSBURGH

Proofpoint, Inc.
3030 Penn Ave, Second Floor
Pittsburgh, PA 15201

proofpoint.   LOGIN

## UTAH

Proofpoint, Inc.

13997 South Minuteman Drive

Suite 300

Draper, UT 84020

Tel +1 801 748 4400

Fax +1 801 748 4408

## INDIANA

Indianapolis, IN 46240

## FEDERAL OFFICE

1775 Tysons Blvd., 5th Fl.

Tysons, VA 22102

federalsales@proofpoint.com

NORTH AMERICA          EUROPE MIDDLE EAST AFRICA          ASIA/PACIFIC

## EUROPE, MIDDLE EAST, AND AFRICA

### FRANCE

### GERMANY

### ISRAEL

### ITALY

**proofpoint.**

LOGIN

SPAIN

SWEDEN

THE NETHERLANDS

| NORTH AMERICA | EUROPE MIDDLE EAST AFRICA | ASIA/PACIFIC |

UNITED ARAB EMIRATES

UNITED KINGDOM

## PARIS

Proofpoint c/o WeWork

255 Boulevard Pereire

75017 Paris

France

Tel: +33 1 70 77 82 71

E-mail: info-france@proofpoint.com

# ASIA/PACIFIC

AUSTRALIA

**proofpoint.**

LOGIN  

SINGAPORE

## AUSTRALIA

Proofpoint Pty Ltd

Level 27, 264 George Street,

NORTH AMERICA | EUROPE MIDDLE EAST AFRICA | ASIA/PACIFIC

Australia

Tel +61 2 8378 4250

infoanz@proofpoint.com

# LEARN MORE



ATTEND A LIVE DEMO



READ OUR CUSTOMER SUCCESS STORIES



SEE OUR TECHNICAL TRAINING



READ THREAT INSIGHT



VIEW OUR SUPPORT SERVICES

**proofpoint.**                                LOGIN

Overview                                    Latest Threat Report

Why Proofpoint                              Human Factor Report

Careers                                     Threat Glossary

Leadership Team                             Threat Blog

News Center                                 Daily Ruleset

Investors Center

## Products                                ## Resources

Email Protection                            Whitepapers

Advanced Threat Protection                  Webinars

Security Awareness Training                 Datasheets

Cloud App Security                          Events

Archive & Compliance                        Customer Stories

Information Protection                      Blog

Digital Risk Protection                     Free Trial

Product Bundles

Nexus Platform

## Connect                                 ## Support

+1-408-517-4710                            Support Login

Contact Us                                  Support Services

Office Locations                            IP Address Blocked?

Request a Demo

**proofpoint.**    

© 2020. All rights reserved.

Terms and conditions

Privacy Policy

Sitemap