# EXHIBIT 2

proofpoint.

LOGIN  



# CUSTOMER SUCCESS STORIES

Read about what our customers are saying.

EMAIL PROTECTION

INDUSTRIES

EMAIL PROTECTION



## INTERPUBLIC GROUP

Interpublic Group (IPG) is a premier global advertising and marketing services enterprise. Its companies specialize in advertising, digital marketing, communications, media, and public relations —creating customized marketing programs for clients of all sizes.

LEARN MORE >

proofpoint.  

LOGIN



## GRAND CANYON UNIVERSITY

Grand Canyon University (GCU), founded in 1949, enrolls 19,000 students on campus and another 71,000 online. This makes it the largest Christian university in the U.S.

**LEARN MORE >**



## OBOS

From its beginnings in 1929, OBOS has become the largest Nordic cooperative building association. Today OBOS is owned by its more than 415,000 members. As OBOS continues to grow as an organization, so too does its need for advanced email security and collaboration solutions.

**LEARN MORE >**



proofpoint. LOGIN

Founded in 1996 and based in Stockholm, Sweden, Blocket AB owns and operates the country's biggest marketplace for selling and buying goods online through a classified advertising website (www.blocket.se). Blocket is one of the top ten most recognized brands in Sweden with 99% brand awareness.

LEARN MORE >



## HEALTH SYSTEM PUTS FAITH IN PROOFPOINT

Like many healthcare organizations, the Sisters of Charity was being barraged by email-based cyber threats, so it turned to Proofpoint for advanced protection.

LEARN MORE >



## CORRALLING EMAIL-BASED THREATS TO KEEP THEM OUT OF USERS' MAILBOXES

When Agri-Marché started seeing more and more email threats in employees' inboxes, the agricultural food company needed a solution that would work across five email domains, protect 300 mailboxes—and could be managed by its two-person email security team.

LEARN MORE >

LOGIN



### MANUFACTURING BUILDS A BETTER EMAIL "MOUSETRAP"

A manufacturing company is using Proofpoint Email Protection and Targeted Attack Protection to stop the flood of email-based attacks, save hours per day of remediation efforts by Help Desk team, and simplify email security management while significantly improving protection.

LEARN MORE >



### HOSPITAL EFFECTIVELY GUARDS ITS 'FRONT DOOR' FROM EMAIL THREATS

Medstar Montgomery is using Proofpoint Email Protection, Targeted Attack Protection, Information Protection, and Email Encryption to increase accuracy of email threat detection and filtering, reduced incident remediation from up to 20 hours to less than 30 minutes, enhance security for sensitive data through automatic encryption, and gain control over email traffic and defense against email threats.

LEARN MORE >

![proofpoint] LOGIN



## WESTINGHOUSE SUPERCHARGES EMAIL SECURITY

Westinghouse is using Proofpoint Email Protection and Targeted Attack Protection to increase phishes caught, stop 100% of incoming emails with invalid addresses, streamline workflow, freeing security and email teams for strategic projects.

LEARN MORE >



## SCALAR REDUCES RISK AND TRANSFORMS INCIDENT RESPONSE

Scalar deployed Proofpoint Email Protection to defend against unwanted and malicious email while providing granular visibility. They also implemented Proofpoint Targeted Attack Protection (TAP) to detect, mitigate, and block advanced known and unknown email threats.

LEARN MORE >

[

About | Threat Center

**proofpoint.**

LOGIN

Careers

Threat Glossary

Leadership Team

Threat Blog

News Center

Daily Ruleset

Investors Center

## Products

## Resources

Email Protection

Whitepapers

Advanced Threat Protection

Webinars

Security Awareness Training

Datasheets

Cloud App Security

Events

Archive & Compliance

Customer Stories

Information Protection

Blog

Digital Risk Protection

Free Trial

Product Bundles

Nexus Platform

## Connect

## Support

+1-408-517-4710

Support Login

Contact Us

Support Services

Office Locations

IP Address Blocked?

Request a Demo

© 2020. All rights reserved.

Terms and conditions

Privacy Policy

Sitemap