# **EXHIBIT 5**

PATENT LITIGATION SPECIAL REPORT

# 2019 Year In Review



# AVERAGE TIME TO CLAIM CONSTRUCTION

Time from case filing to Claim Construction varies substantially from court to court. In 2019, CDCA was the fastest to Claim Construction with an average of 496 days from the case filing date, followed closely by SDNY at 502 days. In contrast, NDIL was the slowest with an average of 1661 days.

*This chart shows the average number of days from case filing to Claim Construction in US District Courts. The top 10 courts (by number of new Patent litigation proceedings in 2019) are shown.*

**MORE MILESTONES**



# AVERAGE TIME TO SUMMARY JUDGMENT

**Motions Filed by Patentees**

The average time to summary judgment in the District of Delaware continued to increase in 2019 as the court's case load grew larger. The average time to resolution of Patentee-filed summary judgment motions varied from court to court.



**Motions Filed by Patent Challengers**

Summary judgment motions filed by a Patent Challenger were somewhat delayed in the District of Delaware, similar to Patentee-filed MSJs. For both Patentee and Patent Challenger motions for summary judgment, the Western District of Texas had the longest average time from case filing to ruling.



*This chart shows the average number of days from case filing to a ruling on a motion for summary judgment (MSJ) filed by a Patentee or Patent Challenger. The top 10 courts, by number of new 2019 proceedings, are shown.*

20

# AVERAGE TIME TO TRIAL

The Southern District of New York had the fastest time to trial among top courts in 2019, averaging just 331 days from case filing to a bench or jury trial. Similar to 2018, the Northern District of Illinois trials were furthest from the date of the case's filing.

*This chart shows the average number of days from case filing to a trial (bench or jury) in US District Courts. The top 10 courts, by number of new proceedings in 2019, are shown.*

MORE MILESTONES

