## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ZAPFRAUD, INC.,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>PROOFPOINT, INC.<br><br>　　　　　　Defendant. | Civil Action No. 1:19-cv-01691-CFC<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF BJORN MARKUS JAKOBSSON
### IN SUPPORT OF ZAPFRAUD, INC.'S OPPOSITION TO
### PROOFPOINT, INC.'S MOTION TO TRANSFER VENUE

I, Bjorn Markus Jakobsson, declare as follows:

1.　　I am the inventor of U.S. Patent No. 10,277,628, entitled "Detecting Phishing Attempts," and President of ZapFraud, Inc.

2.　　If asked to testify at trial in the above-captioned action, I am willing and able to travel to Delaware.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of February 2020.

_____
Bjorn Markus Jakobsson