# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| ZapFraud, Inc.<br><br>      Plaintiff,<br><br>   v.<br><br>Proofpoint, Inc.<br><br>      Defendant. | C.A. No. 19-cv-1691-CFC<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

Plaintiff ZapFraud, Inc. ("ZapFraud") having moved for leave to file its Second Amended Complaint against defendant Proofpoint, Inc. ("Proofpoint") and such motion being unopposed by Proofpoint;

Upon consideration of the motion, this _____ day of _____, 2020,

IT IS HEREBY ORDERED that:

(1) ZapFraud's Unopposed Motion for Leave to File a Second Amended Complaint is granted;

(2) ZapFraud shall file the Second Amended Complaint within two days of this order;

(3) Proofpoint shall be permitted twenty-eight (28) days from the date the Second Amended Complaint is filed to respond to the Second Amended Complaint.

_____
The Honorable Colm F. Connolly

2