## **RULE 7.1.1 CERTIFICATION**

The undersigned hereby certifies that, after conferring with defense counsel, Defendant does not oppose the relief requested in the foregoing motion.

      /s/ Brian E. Farnan
      Brian E. Farnan (Bar No. 4089)