IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAPFRAUD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 19-1691-CFC |
| | ) |
| PROOFPOINT, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

At Wilmington this 28th day of May, 2020,

IT IS ORDERED that the pending motion to dismiss (D.I. 31) is referred to Magistrate Judge Christopher J. Burke for resolution pursuant to 28 U.S.C. § 636(b).

_____
United States District Judge