IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAPFRAUD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1691-CFC-CJB |
| | ) |
| PROOFPOINT, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for defendants to file a reply brief in support of their motion to dismiss (D.I. 31) is extended through and including June 19, 2020.

| | |
|---|---|
| */s/ Brian E. Farnan* | */s/ David M. Fry* |
| Brian E. Farnan (No. 4089) | Karen E. Keller (No. 4489) |
| Michael J. Farnan (No. 5165) | David M. Fry (No. 5486) |
| FARNAN LLP | Nathan R. Hoeschen (No. 6232) |
| 919 North Market Street, 12th Floor | SHAW KELLER LLP |
| Wilmington, DE 19801 | I.M. Pei Building |
| (302) 777-0300 | 1105 North Market Street, 12th Floor |
| bfarnan@farnanlaw.com | Wilmington, DE 19801 |
| mfarnan@farnanlaw.com | (302) 298-0700 |
| *Attorneys for Plaintiff* | kkeller@shawkeller.com |
| | dfry@shawkeller.com |
| | nhoeschen@shawkeller.com |

OF COUNSEL:
Katherine Vidal
Michael R. Rueckheim
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
(650) 858-6500

William M. Logan
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002-5242
(713) 651-2766
*Attorneys for Defendant*

Dated: June 9, 2020

SO ORDERED this _____ day of June, 2020.

_____
United States Magistrate Judge