IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAPFRAUD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1691-CFC |
| | ) |
| PROOFPOINT, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINDER IN RESPONSE TO OBJECTIONS

To reduce the burden on the Court in reviewing multiple briefs, Proofpoint, Inc. respectfully joins and incorporates by reference the Mimecast defendants' response to ZapFraud, Inc.'s objections to Judge Burke's November 20, 2020 report and recommendation (C.A. No. 19-1690-CFC, D.I. 49).

| | |
|---|---|
| OF COUNSEL: | */s/ David M. Fry* |
| Katherine Vidal | Karen E. Keller (No. 4489) |
| Michael R. Rueckheim | David M. Fry (No. 5486) |
| WINSTON & STRAWN LLP | Nathan R. Hoeschen (No. 6232) |
| 275 Middlefield Road, Suite 205 | SHAW KELLER LLP |
| Menlo Park, CA 94025 | I.M. Pei Building |
| (650) 858-6500 | 1105 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| | (302) 298-0700 |
| William M. Logan | kkeller@shawkeller.com |
| WINSTON & STRAWN LLP | dfry@shawkeller.com |
| 1111 Louisiana Street, 25th Floor | nhoeschen@shawkeller.com |
| Houston, TX 77002-5242 | *Attorneys for Defendant* |
| (713) 651-2766 | |

Dated: January 4, 2021

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this document complies with the Court's standing orders regarding briefing because it was prepared in 14-point Times New Roman font and contains 41 words.

*/s/ David M. Fry*
David M. Fry (No. 5486)
*Attorney for Defendant*
